IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW FAISON, JR.,
    Petitioner,

vs.                                                Case No.:  3:06cv394/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## O R D E R

    Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1).  His motion to proceed in forma pauperis has been granted.

    Initially, the court notes that Petitioner has not named the proper party as Respondent. Pursuant to 28 U.S.C. § 2242, the appropriate Respondent is the Secretary of the Department of Corrections, James R. McDonough; therefore, he shall be substituted as the sole Respondent in this cause, as the court has already done in the caption of this order.

    Additionally, Petitioner failed to complete the § 2254 petition form.  Indeed, he did not complete the form at all, and his petition is lacking much of the information required by the form (*see* Doc. 1).  Therefore, he must amend the petition before this action may proceed.  To amend his petition, Petitioner should completely fill out a habeas petition form, marking it "Amended Petition." Petitioner is advised that the amended petition must contain all of his grounds for relief, and it should not in any way refer to the original petition.  The amended petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded.  N.D. Fla. L. R. 15.1.  In addition, Petitioner shall provide two (2) complete copies of the petition, including all attachments, for service upon Respondent and the Attorney General.

Accordingly, it is **ORDERED**:

1. The clerk shall send Petitioner a copy of the form for use in Section 2254 cases. This case number should be written on the form. Additionally, James R. McDonough is hereby substituted as Respondent in this cause, and the clerk shall change the docket to so reflect.

2. Petitioner shall file an amended petition as instructed in this order. Petitioner should completely fill out the new petition form, marking it "Amended Petition." The amended petition should not refer to the original petition. Petitioner shall provide two (2) service copies of the amended petition, including all attachments, in addition to the original.

3. Petitioner's failure to submit the amended petition within **THIRTY (30) DAYS** from the date of docketing of this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 29th day of November 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**