IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW FAISON, JR.,
    Petitioner,

vs.                                    Case No.: 3:07cv7/RV/EMT

SECRETARY, FLORIDA DEPT. OF CORRECTIONS,
and FLORIDA PAROLE AND PROBATION COMM'N,
    Respondents.
_____/

## O R D E R

        This cause is before the court on Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1).  Petitioner has also filed a Prisoner Consent Form and Financial Certificate with a computer printout of his prisoner account, which the court construes as including a Motion for Leave to Proceed in Forma Pauperis (Doc. 2).  Good cause having been shown, Petitioner's motion to proceed in forma pauperis shall be granted.

        Upon review of the respective files in this case and in Case. No. 3:06cv394/MCR/EMT, the court has determined that these cases present common questions of fact or law, have been initiated by the same Petitioner, and involve the same events.  Accordingly, pursuant to Rule 42(a), Fed. R. Civ. P., this case is hereby consolidated with Case No. 3:06cv394/MCR/EMT for all further proceedings.  All further papers and pleadings shall be filed only in Case No. 3:06cv394/MCR/EMT.

        Accordingly, it is **ORDERED**:

        1.    Petitioner's motion to proceed in forma pauperis (Doc. 2) is **GRANTED**.

        2.    The clerk of court is directed to consolidate this case with Case No. 3:06cv394/MCR/EMT, and all future pleadings shall be filed in Case No. 3:06cv394/MCR/EMT.

        3.    A copy of this order shall be placed by the clerk in Case No. 3:06cv394/MCR/EMT.

**DONE AND ORDERED** this 11th day of January 2007.

                                  /s/ *Elizabeth M. Timothy*
                                  **ELIZABETH M. TIMOTHY**
                                  **UNITED STATES MAGISTRATE JUDGE**