IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW FAISON JR.,
    Petitioner,

    vs.,                                Case No.  3:06cv394/MCR/EMT

JAMES R. MCDONOUGH,
    Respondent.
_____/

**ORDER**

    This matter is before the court on Petitioner's "Motion Remonstrate's [sic] Exhaustion Administrative Remedy and Review (Doc. 18) Appointment of Counsel" (Doc. 22), which this court will construe as a motion to reconsider its order issued December 27, 2006, denying Petitioner's motion for appointment of counsel (Doc. 19).

    Petitioner has failed to show that the order denying appointment of counsel was clearly erroneous or contrary to law, therefore, the motion for reconsideration shall be denied.  Petitioner is advised that he may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which he must show that this court's order was clearly erroneous or contrary to law.

    To the extent Petitioner's motion is a 'reply,' Petitioner is advised that Respondent has until February 13, 2007 to answer (*see* Doc. 17).  Petitioner will be directed to reply after Respondent has answered.  Thus, the arguments contained in Petitioner's instant pleading will not be considered by the court in ruling on the merits of the habeas petition; however, Petitioner may reassert those arguments when he is directed to respond to Respondent's answer.

    Accordingly, it is **ORDERED**:

Petitioner's "Motion Remonstrate's [sic] Exhaustion Administrative Remedy and Review (Doc. 18) Appointment of Counsel" (Doc. 22), construed as a motion to reconsider this court's order denying Petitioner's motion for appointment of counsel, is **DENIED**.

**DONE AND ORDERED** this 11th day of January 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**