### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

MATTHEW FAISON, JR., #038634,
     Petitioner,

vs.                       Case No.:  3:06cv394/MCR/EMT

JAMES R. McDONOUGH,
     Respondent.

_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 26, 2007.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

     Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  Petitioner's amended petition for writ of habeas corpus (Doc. 16) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

     3.  All pending motions are **DENIED** as moot.

     **DONE AND ORDERED** this 11th day of October, 2007.


               _s/ M. Casey Rodgers_

               **M. CASEY RODGERS**
               **UNITED STATES DISTRICT JUDGE**

*Case No: 3:03cv497/MCR/EMT*